UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CIVIL ACTION NO.

FLORIDA STATE REALTY GROUP
INC.,

    Plaintiff,

vs.

SENTINEL INSURANCE COMPANY
LTD., a HARTFORD INSURANCE GROUP
COMPANY,

    Defendant.
_____/

**COMPLAINT**

Plaintiff, FLORIDA STATE REALTY GROUP INC. ("FSRG") by and through undersigned counsel, hereby brings this Complaint against SENTINEL INSURANCE COMPANY LTD., a HARTFORD INSURANCE GROUP COMPANY, and states as follows:

1. This is an action for a defense under a policy of commercial general liability insurance issued to Plaintiff FSRG by SENTINEL INSURANCE COMPANY LTD., a HARTFORD INSURANCE GROUP COMPANY.

**JURISDICTION AND VENUE**

2. Subject matter jurisdiction in this Court is proper under 28 U.S.C. § 1332 because this is a civil action between a citizen of the state of Florida and a citizen of a foreign state in which Plaintiff has suffered damages in excess of $75,000 exclusive of interest and costs.

3. Defendant is subject to personal jurisdiction in Florida because it does business in the State of Florida and is licensed to provide, adjust and/or administer insurance in Florida.

4. Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(b)(2) because the actions complained of occurred here, and/or pursuant to 28 U.S.C. § 1391(b)(3) because Defendant is subject to personal jurisdiction in this judicial district.

## PARTIES

5. Plaintiff FLORIDA STATE REALTY GROUP INC. is a Florida corporation with its principal place of business in Broward County, Florida.

6. Defendant SENTINEL INSURANCE COMPANY LTD., a HARTFORD INSURANCE GROUP COMPANY ("Hartford") is a Connecticut property and casualty insurer licensed by the Florida Department of Insurance.

## FACTS

7. Hartford issued a policy of commercial general liability insurance to FSRG, policy number 33 SBM RQ8391 SA, covering the policy period from November 28, 2012 through November 28, 2013.  Hartford renewed the policy the following year covering the policy period from November 28, 2013 through November 28, 2014.  Hartford again renewed the policy the next year covering the period from November 28, 2014 to November 28, 2015.  A complete and correct copy of policy number 33 SBM RQ8391 SA is attached hereto as Exhibit A.

8. The matter that gave rise to the dispute is a lawsuit pending in in the Southern District of Florida and is entitled *Live Face on Web, LLC v. Florida State Realty Group, Inc.,* U.S. District Court, Southern District of Florida, Ft. Lauderdale Division, Case No. 0:15-60972-

civ-ZLOCH/HUNT (the "LFOW Case").  A copy of the Complaint in the LFOW Case is attached as Exhibit B.

9. In the LFOW Case, LFOW alleges that FSRG is liable for infringement of LFOW's copyright in FSRG's internet advertising on FSRG's website.

10. Upon receipt of the Complaint in the LFOW Case, FSRG timely notified Hartford of the claim in the LFOW Case pursuant to the provisions of the Hartford Policy, and tendered the defense of the LFOW Case to Hartford.

11. On or about June 24, 2015, Hartford denied coverage. Attached hereto as Exhibit C is the letter of Richard J. Willis denying coverage under the Hartford policy.

12. Plaintiff retained the undersigned counsel to represent it and agreed to pay counsel a reasonable fee for their services.

## COUNT I – DECLARATORY JUDGMENT

13. FSRG repeats and realleges the allegations in paragraphs 1 through 12 as if fully set forth herein.

14. FSRG is entitled to a defense from Hartford in the LFOW Case under the Hartford policy.

15. Hartford refused to defend FSRG in the LFOW Case.

16. Hartford's refusal to defend FSRG in the LFOW case breached the Hartford policy.

17. There is an actual, present, *bona fide* dispute over the meaning and interpretation of the language of the Hartford Policy, including Hartford's duty to defend FSRG in the LFOW Case.

18. As a result the refusal of Hartford to defend and indemnify its insured, FSRG was forced to retain counsel on its own behalf and incurred damages in the form of litigation expenses that are the obligation of Hartford.

19. As a result of the breach of the Hartford policy, FSRG was damaged and the damages are continuing in nature.

20. All conditions precedent to suit have occurred or been waived.

WHEREFORE, Plaintiff FSRG seeks a judgment against SENTINEL INSURANCE COMPANY LTD., a HARTFORD INSURANCE GROUP COMPANY, for money damages, attorneys' fees, costs, interest and for a declaration that:

a. Plaintiff is owed a legal defense under the Hartford policy for the claims asserted in the LFOW Case;

b. Defendant is liable to FSRG for its reasonable attorneys' fees and costs incurred in the defense of the LFOW Case and that it must reimburse FSRG for those fees and costs with interest;

c. Defendant is liable for FSRG's attorneys' fees and costs in this action pursuant to Section 627.428, Florida Statutes, and that it must reimburse FSRG for those fees and costs with interest; and

d. Award such further legal or equitable relief this court deems just.

Dated: October 21, 2015                          Respectfully submitted,

/s/ Joel B. Rothman/
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number: 26975
jerold.schneider@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number: 99881
diana.mederos@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff*